■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KERRY RAINEY, Appellant. [16 NYS3d 730]—

Judgment, Supreme Court, New York County (Charles H. Solomon, J.), rendered July 19, 2011, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him to a term of 3½ years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for resentencing, and otherwise affirmed.

As the People concede, defendant is entitled to resentencing for an express consideration of a youthful offender determination (*see People v Middlebrooks*, 25 NY3d 516 [2015]; *People v Rudolph*, 21 NY3d 497 [2013]). Concur—Mazzarelli, J.P., Sweeny, Renwick and Manzanet-Daniels, JJ.

■ SB COUGHLIN, INC., Appellant, v IVONNE CABRERA et al., Respondents. [16 NYS3d 924]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Paul Wooten, J.), entered on or about April 16, 2014, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated September 8, 2015, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Mazzarelli, J.P., Sweeny, Renwick and Manzanet-Daniels, JJ. ■